**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE ELEVENTH CIRCUIT**

| | |
|---|---|
| LIFELINK FOUNDATION, INC., et al.,<br><br>Plaintiffs-Appellants,<br><br>v.<br><br>SECRETARY OF HEALTH AND HUMAN SERVICES, et al.,<br><br>Defendants-Appellees. | Nos. 26-13730 |

## CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

To the government's knowledge, the following persons and entities have an interest in the outcome of this appeal:

Cardon, Christie

Centers for Medicare and Medicaid Services

Dreier, Douglas C.

Emden, Christopher John

Flynn, Magistrate Judge Sean P.

Gregory, Katherine A.

Hanchett, Richard M.

Iowa Donor Network

Kennedy, Jr., Robert F.

King & Spalding LLP

Leppert, Valentin

Leuthauser, Stephanie Smith

LifeCenter Northwest

LifeGift Organ Donation Center

LifeLink Foundation, inc.

Merenda, Brigid Anne

Mizelle, Judge Kathryn Kimball

OneLegacy

Oz, Mehmet

Parrish, Ashley C.

Polston, Mark D.

Raab, Michael S.

Robison, Adam

Tenkhoff, Kathryn Paige

U.S. Attorney's Office for the Middle District of Florida

U.S. Department of Health and Human Services

U.S. Department of Justice

Respectfully submitted,

MICHAEL S. RAAB

/s/ *Douglas C. Dreier*

DOUGLAS C. DREIER
*Attorneys*
*Civil Division, Appellate Staff*
*U.S. Department of Justice*
*950 Pennsylvania Ave., N.W., Rm. 7264*
*Washington, D.C. 20530*
*(202) 514-4452*

November 2026